**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re<br><br>JPK Newco, LLC<br>**Debtor.**<br>______________________________ | [Case No. 25-00200-ELG]<br>(Chapter 11) |
| Developer RE1, LLC, et al.<br><br>**Appellants**<br><br>v.<br><br>JPK NewCo, LLC, et al.<br><br>**Appellees** | [Adversary Proceeding No.<br>25-10037-ELG<br>in the Bankruptcy Court]<br><br>Case: 1:26–cv–03920<br>Assigned To : Ali, Amir H.<br>Assign. Date : 11/4/2026<br>Description: Gen. Civil (E–DECK)<br><br>Civil Action No. __________ |

**TRANSMITTAL OF NOTICE OF APPEAL**

Transmitted herewith to the Clerk of the District Court for docketing in the District Court pursuant to Fed. R. Bankr. P. 8003(d)(2) is the Notice of Appeal (Dk. No. 54) in the above-captioned adversary proceeding.

RECEIVED
NOV 4 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Case 1:26-cv-00392-GHA Document 1 Filed 01/14/26 Page 2 of 9

**Other comments:**

- The Appellant is appealing:

**ECF No. 48 -Order Granting Motion to Dissolve Injunction.**

- The filing fee has been paid in full.

The parties to the order appealed and their respective attorneys are as follows:

| **Appellant(s)** | **Attorney** |
|---|---|
| **Developer RE1, LLC** | **James D. Sadowski (DC 446635)**<br>GREENSTEIN DELORME & LUCHS, P.C.<br>801 17th Street, N.W., Suite 1000<br>Washington, D.C. 20006<br>Phone: (202) 452-1400<br>Fax: (202) 452-1410<br>Emails: jds@gdllaw.com<br><br>**Jeremy S. Williams (DC 994825)**<br>KUTAK ROCK LLP<br>1021 East Cary Street, Suite 810<br>Richmond, Virginia 23219<br>Telephone: (804) 644-1700<br>Fax: (804) 783-6192<br>Email: jeremy.williams@kutakrock.com |
| **423 Kennedy St Holdings, LLC** | **James D. Sadowski**<br>(See above for address)<br><br>**Jeremy S. Williams**<br>(See above for address) |
| **Appellee(s)** | **Attorney** |
| **JPK NewCo, LLC** | **Jeffrey M. Orenstein, Esq.**<br>15245 Shady Grove Road, Suite 465<br>Rockville, MD 20852<br>(301) 250-7232<br>JOrenstein@wolawgroup.com |

| | |
|---|---|
| | **Jeffrey S. Greenberg, Esq.**<br>ROSENBERG MARTIN<br>GREENBERG, LLP<br>25 S. Charles Street, 21st Floor<br>Baltimore, MD 21201)<br>phone: (410) 727-6600<br>jgreenberg@rosenbergmartin.com |
| **DP Capital, LLC d/b/a Washington Capital Partners** | **Steven J. Willner, Esq.**<br>NEUBERGER QUINN GIELEN<br>RUBIN & GIBBER, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>Phone: (410) 332-8550<br>sjw@nqgrg.com |
| **Daniel Huertas** | **Steven J. Willner, Esq.**<br>NEUBERGER QUINN GIELEN<br>RUBIN & GIBBER, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>Phone: (410) 332-8550<br>sjw@nqgrg.com |
| **SFNU, LLC** | **Maurice B. VerStandig, Esq.**<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy., #665<br>Henderson, NV 89012<br>(301) 444-4600<br>mac@mbvesq.com |
| **Russell Drazin** | **Maurice B. VerStandig, Esq.**<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy., #665<br>Henderson, NV 89012<br>(301) 444-4600<br>mac@mbvesq.com |

| | |
|---|---|
| **Shaheen Sariri** | **Kristen E. Burgers, Esq. Hirschler 1676** International Drive, Suite 1350 Tysons, VA 22102-4940 (703) 584-8900 KBurgers@hirschlerlaw.com |

Angela D. Caesar,
Clerk of the Court

Dated: 11/4/2026

By: /s/ Claude Alde
Deputy Clerk

Case 25-10037-ELG Document 56 Filed 11/04/26 Page 5 of 9

**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Phone: (804) 644-1700
Fax: (804) 783-6192
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (DC 446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>JPK NEWCO, LLC,<br><br>*Debtor*. | Case No.: 25-00200-ELG<br>Purported Chapter 11 |
| DEVELOPER RE1, LLC. ET AL.,<br><br>*Plaintiffs,*<br>v.<br>DP CAPITAL, LLC, ET AL.,<br><br>*Defendants.* | Adv. Proc. No. 25-10037-ELG |

# NOTICE OF APPEAL

## Part I: Identify the Appellants:

1. Name of appellants: Developer RE1, LLC and 423 Kennedy St Holdings, LLC

2. Position of appellants in the bankruptcy case that is subject of this appeal: Parties-in-interest / Plaintiffs.

## Part 2: Identify the Subject of this Appeal:

1. Describe the judgment, order, or decree appealed from: Order Granting Motion to Dissolve Injunction [Docket Entry No. 48].

2. State the date the judgment, order, or decree was entered: October 21, 2026 [Docket Entry No. 48].

**<u>Part 3: Identify the Other Parties to this Appeal:</u>**

| | | | |
|---|---|---|---|
| Party: | Defendant JPK NewCo, LLC | Attorney(s): | Jeffrey M. Orenstein, Esq.<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, MD 20852<br>(301) 250-7232<br>JOrenstein@wolawgroup.com<br><br>Jeffrey S. Greenberg, Esq.<br>ROSENBERG MARTIN<br>GREENBERG, LLP<br>25 S. Charles Street, 21st Floor<br>Baltimore, MD 21201)<br>phone: (410) 727-6600<br>jgreenberg@rosenbergmartin.com<br>*Special Counsel* |
| Party: | Defendant DP Capital, LLC d/b/a Washington Capital Partners | Attorney: | Steven J. Willner, Esq.<br>NEUBERGER QUINN GIELEN<br>RUBIN & GIBBER, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>Phone: (410) 332-8550<br>sjw@nqgrg.com |
| Party: | Defendant Daniel Huertas | Attorney: | Steven J. Willner, Esq.<br>NEUBERGER QUINN GIELEN<br>RUBIN & GIBBER, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>Phone: (410) 332-8550<br>sjw@nqgrg.com |
| Party: | Defendant SFNU, LLC | Attorney: | Maurice B. VerStandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy., #665<br>Henderson, NV 89012<br>(301) 444-4600<br>mac@mbvesq.com |
| Party: | Defendant Russell Drazin | Attorney: | Maurice B. VerStandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy., #665<br>Henderson, NV 89012<br>(301) 444-4600<br>mac@mbvesq.com |

Party: Defendant Shaheen Sariri

Attorney: Kristen E. Burgers, Esq.
Hirschler
1676 International Drive, Suite 1350
Tysons, VA 22102-4940
(703) 584-8900
KBurgers@hirschlerlaw.com
*Counsel - Not of Record*

Dated: November 3, 2026

DEVELOPER RE1, LLC AND
423 KENNEDY ST HOLDINGS, LLC,

/s/ James D. Sadowski
James D. Sadowski (DC 446635)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Emails: jds@gdllaw.com;

and

Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Fax: (804) 783-6192
Email: jeremy.williams@kutakrock.com

*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2026, a true copy of the foregoing Notice of Appeal should be served electronically by a Notice of Electronic filing on all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski



8161\0002\4904-0582-7806.v1

The order below is hereby signed.

Signed: October 21 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br>**JPK Newco LLC,**<br>**Debtor.** | **Bankr. Case No. 25-00200-ELG**<br>**Chapter 11** |
| **Developer RE1 LLC & 423 Kennedy St Holdings LLC,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**DP Capital LLC, *et al.*,**<br>**Defendants.** | **Bankr. Adv. Pro. 25-10037-ELG** |

**ORDER GRANTING MOTION TO DISSOLVE INJUNCTION**

On October 19 and 21, 2026, the Court held a hearing (the "Hearing) on the *Motion to Dissolve Injunction* (the "Dissolution Motion") (ECF No. 20) filed by DP Capital LLC, Russell Drazin, Daniel Huertas, JPK NewCo LLC, SF Nu, LLC, and WCP Fund I LLC and the opposition thereto.

For the reasons stated on the record at the Hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) The Dissolution Motion (ECF No. 20) is **GRANTED**.

2) The effectiveness of this Order shall be stayed for a period of fourteen (14) days from the date of entry.

Case 1:26-cv-00392-AHA Document 6-1 Filed 01/04/26 Page 9 of 9

3) The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.