SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

DEVELOPER RE1 LLC,

*Plaintiff*,

v.

DP CAPITAL, LLC d/b/a WASHINGTON CAPITAL PARTNERS, ET AL.

*Defendants*.

2022-CAB-005935
Judge Ebony Scott
Next Event: Scheduling Conference
03/24/23 – 9:30 a.m.

## CONSENT PRAECIPE
## WITHDRAWING MOTION FOR TEMPORARY RESTRAINING ORDER

The Plaintiff, Developer RE1 LLC ("Developer RE1"), without objection from the Defendants, DP Capital, LLC d/b/a Washington Capital Partners, WCP Fund I, LLC, Daniel Huertas, and Russell Drazin (collectively, "Defendants"), hereby withdraws, without prejudice, the Motion for Temporary Restraining Order filed by Developer RE1 on December 23, 2023.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Date: February 28, 2023

/s/ James D. Sadowski
James D. Sadowski (D.C. Bar. #446635)
Alexandria J. Smith (D.C. Bar #1781067)
801 17th Street, N.W., Suite 1000
Washington, DC 20006
Telephone: (202) 452-1400
Email: jds@gdllaw.com | ajs@gdllaw.com
*Counsel for Plaintiff Developer RE1 LLC*

4888-7930-6833.v1

THE VERSTANDIG LAW FIRM, LLC

Date: February 28, 2023

/s/ Maurice B. VerStandig
Maurice B. VerStandig (D.C. Bar #1034066)
9812 Falls Road, #114-160
Potomac, MD 20854
Telephone: (301) 444-4600
Email: mac@mbvesq.com
*Counsel for Defendants DP Capital, LLC d/b/a Washington Capital Partners, WCP Fund I, LLC, Daniel Huertas, and Russell Drazin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2023, a true and correct copy of the foregoing Consent Praecipe was served using eFileDC and a notice of service should be sent electronically by eFileDC to all counsel of record in this case.

/s/ James D. Sadowski
James D. Sadowski