**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**JPK NEWCO, LLC**,<br><br>*Debtor.* | Bankr. Case No.: 25-00200-ELG<br>(Chapter 11) |
| **DEVELOPER RE1 LLC**, *et al.*,<br><br>*Appellants*,<br><br>v.<br><br>**DP CAPITAL LLC**, *et al.*,<br><br>*Appellees*. | Civil Action No.: 1:26-cv-03920-AHA<br>(Bankr. Adv. Pro.: 25-10037-ELG) |

**APPELLEES' CONSENT MOTION TO EXTEND TIME TO RESPOND TO APPELLANTS' MOTION FOR A STAY PENDING APPEAL**

Appellees DP Capital LLC, WCP Fund I LLC, Daniel Huertas, and JPK NewCo, LLC ("**Appellees**"), by their undersigned counsel and pursuant to Fed. R. Bankr. P. 8013(a) and (b) and 9006(b), hereby move for an extension of time to respond to the *Motion for a Stay Pending Appeal* (ECF No. 3) ("**Motion**") filed by Appellants Developer RE1, LLC and 423 Kennedy St Holdings, LLC ("**Appellants**"), and for good cause state as follows:

1. This is an appeal from an order of the Bankruptcy Court dissolving two preliminary injunctions. During the evening of November 18, 2026, Appellants filed the Motion seeking to stay the effect of the dissolution of the preliminary injunctions pending this appeal.

2. On November 19, 2026, this Court entered a minute order directing Appellees to respond to the Motion by November 24, 2026.

3. Appellees seek an extension of the response deadline due to the length of the Motion, the upcoming Thanksgiving holiday, and the press of other matters.

4. Appellees seek an extension of the response deadline to December 3, 2026.

5. Appellants have indicated their consent to the requested extension if Appellees agree to a stay of the effect of the dissolution of the preliminary injunctions until the extended response deadline of December 3, 2026. Appellees so agree.

WHEREFORE, Appellees respectfully move this Honorable Court to GRANT this Motion and to ORDER that (a) Appellees' response to the *Motion for a Stay Pending Appeal* (ECF No. 3) is hereby extended to December 3, 2026, and (b) that the effect of the Bankruptcy Court's order dissolving injunctions shall be STAYED through December 3, 2026.

Respectfully submitted,

*/s/ Steven J. Willner*
Steven J. Willner (Bar No. 888230698)
**NEUBERGER QUINN GIELEN RUBIN & GIBBER, P.A.**
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8550
Facsimile: (410) 332-8594
Email: sjw@nqgrg.com

*/s/ Jeffrey S. Greenberg*
Jeffrey S. Greenberg (Bar ID: MD0134)
**ROSENBERG MARTIN GREENBERG, LLP**
25 S. Charles Street, 21st Floor
Baltimore, MD 21201
Telephone: (410) 727-6600
jgreenberg@rosenbergmartin.com

*Attorneys for Appellees DP Capital LLC, WCP Fund I LLC, Daniel Huertas, and JPK NewCo, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 21st day of November 2026, a copy of the foregoing was served via ECF/CM upon all counsel of record.

*/s/ Steven J. Willner*
Steven J. Willner (Bar No. 888230698)