**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**JPK NEWCO, LLC**,<br><br>*Debtor.* | Bankr. Case No.: 25-00200-ELG<br>(Chapter 11) |
| **DEVELOPER RE1 LLC**, *et al.*,<br><br>*Appellants*,<br><br>v.<br><br>**DP CAPITAL LLC**, *et al.*,<br><br>*Appellees*. | Civil Action No.: 1:26-cv-03920-AHA<br>(Bankr. Adv. Pro.: 25-10037-ELG) |

**ORDER**

UPON CONSIDERATION OF the *Consent Motion to Extend Time to Respond to Appellants' Motion for a Stay Pending Appeal* filed by Appellees DP Capital LLC, WCP Fund I LLC, Daniel Huertas, and JPK NewCo, LLC ("**Appellees**"), and for good cause shown, it is this _______ day of ___________________, 2026, by the United States District Court for the District of Columbia, hereby

**ORDERED** that Appellees' time to respond to the *Motion for a Stay Pending Appeal* (ECF No. 3) is hereby extended to December 3, 2026; and it is further

**ORDERED** that the effect of the Bankruptcy Court's order dissolving preliminary injunctions shall be **STAYED** through December 3, 2026.

______________________________
**AMIR H. ALI**
**United States District Judge**