IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>JPK NewCo LLC<br><br>Debtor. | Case No. 1:26-cv-3920-AHA |
| Developer RE1, LLC, et al.<br><br>Appellants,<br><br>v.<br><br>JPK NewCo LLC, et al.<br><br>Appellees. | Bankruptcy Case No. 25-200-ELG<br><br>(Chapter 11) |

**ORDER DISMISSING APPEAL FOR LACK OF SUBJECT MATTER JURISDICTION**

Upon consideration of the *Motion to Dismiss Appeal for Lack of Subject Matter Jurisdiction and Opposition to Motion for Stay Pending Appeal* (the "Motion"), filed by Russell Drazin, any opposition thereto, governing law, and the record herein, it is, by the United States District Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that this appeal is dismissed for lack of subject matter jurisdiction, being an appeal of an interlocutory order for which the appellants did not first seek leave to appeal as required by section 158(a)(3) of title 28 of the United States Code.

______________________________
Hon. Amir H. Ali
United States District Judge