IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 1:26-cv-3920-AHA |
| JPK NewCo LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Developer RE1, LLC, et al. | ) | Bankruptcy Case No. 25-200-ELG |
| | ) | |
| Appellants, | ) | (Chapter 11) |
| | ) | |
| v. | ) | |
| | ) | |
| JPK NewCo LLC, et al. | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

**ORDER DENYING STAY PENDING APPEAL**

Upon consideration of the *Appellants' Motion for a Stay Pending Appeal* (the "Motion to Stay"), ECF No. 3, filed by Developer RE1 LLC and 423 Kennedy St Holdings, LLC, the opposition of Russell Drazin thereto, any other opposition thereto, governing law, and the record herein, it is, by the United States District Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, DENIED; and it is further

ORDERED, that pursuant to Federal Rule of Bankruptcy Procedure 8007(a)(1)(A), the appellants must first file the Motion in the bankruptcy court, with the appellants having failed to show such to be impracticable in the instant case.

______________________________
Hon. Amir H. Ali
United States District Judge